UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL W. BELCHER, M.D., and JENNIFER L. KAPPES, individually and on behalf of their minor child, L.B.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FARRELL, MARION COUNTY SHERIFF'S DEPARTMENT, RONDA SWARTZ, IMMACULATE HEART OF MARY SCHOOL, and THE ARCHDIOCESE OF INDIANAPOLIS,<br><br>Defendants. | Case No. 1:22-cv-01791-JPH-MG<br><br>**Plaintiffs' Preliminary Exhibit Lists** |

Plaintiffs Daniel W. Belcher, M.D., and Jennifer L. Kappes, individually and on behalf of their minor child, L.B., by counsel, respectfully submit the following Preliminary Exhibit List in accordance with the Case Management Plan dated February 24, 2023 (Dkt. No. 30). Because discovery is ongoing, Plaintiffs reserve the right to add, supplement, or modify this list. Plaintiffs reserve the right to use any of the following exhibits at a deposition, trial, or any other hearing or proceeding in this lawsuit:

1. Emails and text messages between Plaintiffs and various representatives of IHM.

2. Reports of Dr. Jason Roland.

3. Reports of Dr. Michelle Thorne.

4. IHM School Accommodation Plan for L.B.

5. IHM Safety Plan for L.B.

6. IHM Student Re-Entry Plan for L.B.

7. IHM School Handbook as of December 16, 2021.

8. A Letter of Concert from the IHM Community, draft dated December 20, 2021.

9. L.B.'s notebook entries (including drawings).

10. L.B.'s Chromebook search history.

11. "IHM Update" email from Ms. Swartz to Immaculate Heart of Mary School Families, dated December 16, 2021.

12. Special Deputy Appointment of Defendant Farrell.

13. Employer Indemnification Agreement between Marion County Sheriff's Office and IHM.

14. Employer's Request from IHM to Marion County Sheriff's Office.

15. Marion County Sheriff's Office Special Deputy Application of Defendant Farrell.

16. School Resource Officer Agreement between IHM and Defendant Farrell.

17. 2021-2022 Teaching Ministry Contract between IHM and Defendant Farrell.

18. R.C. Archdiocese of Indianapolis Catholic Education Administrator Contract between Archdiocese of Indianapolis, IHM, and Defendant Swartz.

19. Any pleading or filing, including exhibits, setting forth contentions of the parties in this case.

20. All correspondence between the parties or their agents.

21. All exhibits used as demonstrative evidence to aid the testimony of any witnesses.

22. Any report and CV of any expert.

23. The parties' discovery responses, including documents produced by any party or non-party.

24. The parties' deposition, recordings, transcripts, and exhibits.

25. Any exhibit needed for rebuttal or impeachment purposes.

26. Any document produced by any Defendant in the course of discovery.

27. Any exhibit identified in any Defendant's Preliminary Exhibit List.

28. Any document received pursuant to non-party requests.

Dated this 19th day of April, 2023.

Respectfully submitted,

WILLIAMS & PIATT, LLC

/s/ *James A. Piatt*

James A. Piatt (#28320-49)
Ronald J. Waicukauski (#1089-53)
1101 North Delaware Street
Indianapolis, IN 46202
317.633.5270
Fax: 317.426.3348
james@williamspiatt.com
ron@williamspiatt.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on the 19th day of April, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Piatt*
James A. Piatt