UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DANIEL W. BELCHER, M.D., and JENNIFER L. KAPPES, individually and on behalf of their minor child, L.B.,

Plaintiff,

v.

DAVID FARRELL, MARION COUNTY SHERIFF'S DEPARTMENT, RONDA SWARTZ, IMMACULATE HEART OF MARY SCHOOL, and THE ARCHDIOCESE OF INDIANAPOLIS,

Defendants.

Case No. 1:22-cv-01791-JPH-MG

# Plaintiffs' Notice of Service of Statement of Special Damages and Settlement Proposal

Pursuant to Paragraph III(E) of the Approved Amended Case Management Plan, Plaintiffs, Daniel W. Belcher, M.D., and Jennifer L. Kappes, individually and on behalf of their minor child, L.B., by counsel, hereby notify the Court that they have served on Defendants a Statement of Special Damages and made a settlement proposal to Defendants.

Dated: May 15, 2023

Respectfully submitted,

/s/ *James A. Piatt*

James A. Piatt (#28320-49)
Ronald J. Waicukauski (#1089-53)
WILLIAMS & PIATT, LLC
1101 North Delaware Street
Indianapolis, IN 46202
(317) 633-5270 / Fax: (317) 426-3348
james@williamspiatt.com
ron@williamspiatt.com

*Counsel for Plaintiffs*

## Certificate of Service

I hereby certify that on the 15th day of May, 2023, a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ *James A. Piatt*
James A. Piatt