UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| DANIEL W. BELCHER, M.D., and JENNIFER L. KAPPES, individually and on behalf of their minor child, L.B.,<br><br>Plaintiff,<br><br>v.<br><br>DAVID FARRELL, MARION COUNTY SHERIFF'S DEPARTMENT, RONDA SWARTZ, IMMACULATE HEART OF MARY SCHOOL, and THE ARCHDIOCESE OF INDIANAPOLIS,<br><br>Defendants. | Case No. 1:22-cv-01791-JPH-MG<br><br>**Order Granting Plaintiffs' Amended Agreed Motion to Maintain Documents Under Seal** |

This comes before the Court on Plaintiffs' Amended Agreed Motion to Maintain Document Under Seal, which motion is on file at Dkt. [55].

And the Court, having reviewed said motion and being duly advised in the premises, hereby finds that the Plaintiff's motion is **Granted.**

**It is therefore Ordered, Adjudged, and Decreed** that the Motion for Court Approval of Settlement Involving Minor's Claim, at Dkt. [50] and Amended Agreed Motion for Court Approval of Settlement Involving Minor's Claim, at Dkt. [53] shall remain under seal.

Date: 8/9/2023

Mario Garcia
United States Magistrate Judge
Southern District of Indiana

**Distribution via ECF to all counsel of record.**