IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DANIEL W. BELCHER, M.D., and JENNIFER L. KAPPES, individually and on behalf of their minor child, L.B.,

Plaintiff,

v.

DAVID FARRELL, MARION COUNTY SHERIFF'S DEPARTMENT, RONDA SWARTZ, IMMACULATE HEART OF MARY SCHOOL, and THE ARCHDIOCESE OF INDIANAPOLIS,

Defendants.

Case No. 1:22-cv-01791-JPH-MG

# Joint Stipulation of Dismissal With Prejudice

Plaintiffs, Daniel W. Belcher, M.D. and Jennifer L. Kappes, individually and on behalf of their minor child, L.B., and Defendants, David Farrell, Marion County Sheriff's Department, Ronda Swartz, Immaculate Heart of Mary School, and The Archdiocese of Indianapolis, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully notify the Court of the stipulated dismissal of this action, with prejudice.

Respectfully submitted,


/s/ *James A. Piatt*
James A. Piatt (#28320-49)
Ronald J. Waicukauski (#1089-53)
WILLIAMS & PIATT, LLC
1101 N. Delaware St.
Indianapolis, IN 46202
(317) 633-5270 / Fax: (317) 426-3348
james@williamspiatt.com
ron@williamspiatt.com

*Counsel for Plaintiffs*

/s/ *M. Elizabeth Bemis*
M. Elizabeth Bemis (#16358-61)
Andrew R. Duncan (#26349-49)
RUCKELSHAUS, KAUTZMAN, BLACKWELL, BEMIS, DUNCAN & MERCHANT, LLP
135 N. Pennsylvania St., Suite 1600
Indianapolis, IN 46204
317.634.4356 / Fax: 317.634.8635
meb@rkblegalgroup.com
ard@rkblegalgroup.com

*Counsel for Defendant David Farrell*

/s/ *Anthony W. Overholt*
Anthony W. Overholt (#16481-49)
Barry F. McGinley (#36893-49)
FROST BROWN TODD LLP
111 Monument Cir., Suite 4500
P.O.B Box 44961
Indianapolis, IN 46244-0961
(317) 237-3800 / Fax: (317) 237-3900
aoverholt@fbtlaw.com
bmcginley@fbtlaw.com

Kiely C. Kessler (#35980-49)
OFFICE OF CORPORATION COUNSEL
200 E. Washington St., Suite 1601
Indianapolis, IN 46204
(317) 327-4055 / Fax: (317) 327-3968
kiely.kessler@indy.gov

*Counsel for Defendant Marion County Sheriff's Department*

/s/ *Lewis S. Wooton*
Lewis S. Wooton (#26650-49)
Paul J. Carroll (#26296-49)
John D. Cross (#29878-49)
WOOTON HOY, LLC
13 N. State St., Suite 241
Greenfield, IN 46140
(317) 318-1685
lewis@wootonhoylaw.com
paul@wootonhoylaw.com
john@wootonhoylaw.com

*Counsel for Defendants Ronda Swartz, Immaculate Heart of Mary School, and The Archdiocese of Indianapolis*