IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

DANIEL W. BELCHER, M.D., and
JENNIFER L. KAPPES, individually
and on behalf of their minor child, L.B.,

    Plaintiff,

v.

DAVID FARRELL, MARION COUNTY
SHERIFF'S DEPARTMENT, RONDA
SWARTZ, IMMACULATE HEART OF
MARY SCHOOL, and THE
ARCHDIOCESE OF INDIANAPOLIS,

    Defendants.

Case No. 1:22-cv-01791-JPH-MG

## Joint Stipulation of Dismissal With Prejudice

> The Court acknowledges the Joint Stipulation of Dismissal with Prejudice, dkt. 59. The Clerk is DIRECTED to close this case on the docket.
> JPH, 8/18/2023
> Distribution via ECF.

Plaintiffs, Daniel W. Belcher, M.D. and Jennifer L. Kappes, individually and on behalf of their minor child, L.B., and Defendants, David Farrell, Marion County Sheriff's Department, Ronda Swartz, Immaculate Heart of Mary School, and The Archdiocese of Indianapolis, by their respective counsel, and pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), respectfully notify the Court of the stipulated dismissal of this action, with prejudice.

Respectfully submitted,

/s/ *James A. Piatt*
James A. Piatt (#28320-49)
Ronald J. Waicukauski (#1089-53)
WILLIAMS & PIATT, LLC
1101 N. Delaware St.
Indianapolis, IN  46202
(317) 633-5270 / Fax:  (317) 426-3348
james@williamspiatt.com
ron@williamspiatt.com

*Counsel for Plaintiffs*

/s/ *M. Elizabeth Bemis*
M. Elizabeth Bemis (#16358-61)
Andrew R. Duncan (#26349-49)
RUCKELSHAUS, KAUTZMAN, BLACKWELL,
BEMIS, DUNCAN & MERCHANT, LLP
135 N. Pennsylvania St., Suite 1600
Indianapolis, IN 46204
317.634.4356 / Fax:  317.634.8635
meb@rkblegalgroup.com
ard@rkblegalgroup.com

*Counsel for Defendant David Farrell*